FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ FEB 08 2006 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

SALVATORE BORTUNA,

              Plaintiff,

    -against-

JO ANNE B. BARNHART,
Commissioner of Social Security

             Defendant.

- - - - - - - - - - - - - - - - X

STIPULATION AND ORDER
REGARDING ATTORNEYS FEES

Civil Action
CV-05-2537

(Irizarry, J.)

WHEREAS, plaintiff commenced this action on or about May 25, 2005, challenging the administrative denial of Social Security disability benefits; and

WHEREAS, the parties subsequently agreed that Plaintiff's claim was to be remanded for further proceedings; and

WHEREAS, on or about October 28, 2005, a stipulation and order of remand was endorsed by the Court, remanding this matter for further consideration by the Commissioner of Social Security pursuant to the fourth sentence of 42 U.S.C. § 405(g), made applicable to Supplemental Security Income claims by 42 U.S.C. § 1383(c)(3); and

WHEREAS, on or about November 30, 2005, a motion was interposed by Plaintiff, seeking attorneys fees in this action pursuant to the Equal Access to Justice Act; and

WHEREAS, the parties now desire to resolve the question of attorneys fees and costs in this action, without the need for further proceedings or litigation,

2

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the plaintiff, SALVATORE BORTUNA, and counsel for the defendant, JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY, that Plaintiff withdraws his motion for attorneys fees dated November 30, 2005, and that pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, Plaintiff's counsel is awarded One Thousand Five Hundred and Eighty One Dollars and Sixty Cents ($1,581.60) in full satisfaction of any claim for attorneys fees, expenses, and costs in connection with the above-entitled action.

Dated: Brooklyn, New York
       December __, 2005

                                   Herbert S. Forsmith, Esq.
                                   *Attorney for Plaintiff*
                                   26 Broadway, 17th Floor
                                   New York, New York  10004
                                   (212) 809-1772

                          By:      _____
                                   HERBERT S. FORSMITH (HSF-2871)

Dated: Brooklyn, New York
       December 9, 2005

                                   ROSLYNN R. MAUSKOPF
                                   United States Attorney
                                   Eastern District of New York
                                   *Attorney for Defendant*
                                   One Pierrepont Plaza, 14th floor
                                   Brooklyn, New York  11201

                          By:      _____
                                   ZACHARY A. CUNHA (ZC 5946)
                                   Assistant U.S. Attorney
                                   (718) 254-6094

SO ORDERED at Brooklyn, New York
this 27 day of January, 2006:


_____
Honorable Dora L. Irizarry
United States District Judge